```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
                           RENO, NEVADA
```

RODNEY PETZAK,                          )    3:09-CV-608-ECR-RAM
                                        )
    Plaintiff,                          )    MINUTES OF THE COURT
                                        )
vs.                                     )    DATE: November 12, 2010
                                        )
STATE OF NEVADA, ex rel.                )
DEPARTMENT OF CORRECTIONS,              )
                                        )
    Defendant.                          )
                                        )

PRESENT:      EDWARD C. REED, JR.                    U. S. DISTRICT JUDGE

Deputy Clerk:     COLLEEN LARSEN      Reporter:      NONE APPEARING

Counsel for Plaintiff(s)                  NONE APPEARING

Counsel for Defendant(s)                  NONE APPEARING

<u>MINUTE ORDER IN CHAMBERS</u>

    On February 8, 2010, we entered an Order (#22), dismissing Plaintiff's complaint and giving Plaintiff 21 days within which time to file an amended complaint. In that Order (#22), we noted:

> In his opposition to the motion before the Court, Plaintiff challenges the constitutionality of Nev. Rev. Stat. § 616C.490 on the grounds that it is unconstitutional under the Equal Protection Clause of the Constitution . . . .
>     We will not consider this claim because it was not raised in Plaintiff's complaint. See <u>Coleman v. Quaker Oats Co.</u>, 232 F.3d 1271, 1292-93 (9th Cir. 2000) . . . . We note, however, that even if we were to consider the claim, it would likewise be barred by the Eleventh Amendment. See <u>Idaho v. Coeur d'Alene Tribe of Idaho</u>, 521 U.S. 261, 311 n.10 (1997)(noting that 42 U.S.C. § 1983 does not abrogate the states' Eleventh Amendment immunity).

    On February 25, 2010, Plaintiff filed the amended complaint (#24), which is the subject of the pending motion to dismiss (#25). In the amended complaint, Plaintiff asserts one claim: He alleges that Nev. Rev. Stat. § 616C.490, the statute under which Plaintiff sought and received

disabilities benefits, violates the Equal Protection Clause of the United States Constitution.  Plaintiff's claim, brought against the State of Nevada, is barred by the Eleventh Amendment.  Plaintiff's complaint will therefore be dismissed.  We further conclude, in light of our previous admonition, that granting Plaintiff further leave to amend would be futile.

**IT IS, THEREFORE, HEREBY ORDERED** that Defendant's Motion to Dismiss (#25) is **GRANTED**.

The Clerk shall enter judgment accordingly.

LANCE S. WILSON, CLERK

By _____/s/_____
      Deputy Clerk